# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147294

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY ANTONIO HAZELY,
      Defendant-Appellant.

SC: 147294
COA: 311454
Wayne CC: 06-005849-FH

_____/

On order of the Court, the application for leave to appeal the April 25, 2013 order of the Court of Appeals is considered. We DIRECT former appellate counsel, Jay Courtright, to file a supplemental brief addressing the reason(s) for his failure to file in the trial court a timely motion to withdraw the defendant's plea, and/or his failure to file in the Court of Appeals, on direct review, a delayed application for leave to appeal within the deadlines set forth in MCR 7.205(F), despite being appointed as counsel on September 25, 2006, approximately two weeks after the defendant was sentenced. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



s1021

Clerk